DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OHAD E. GUZI,**
Appellant,

v.

**OFFICE OF THE ATTORNEY GENERAL,
STATE OF FLORIDA, DEPARTMENT OF LEGAL AFFAIRS,**
Appellee.

No. 4D2022-3327

[February 7, 2024]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE-18-029679.

Ohad E. Guzi, Hollywood, pro se.

Ashley Moody, Attorney General, Tallahassee, and Ellen K. Lyons, Special Counsel, Assistant Attorney General, Tampa, for appellee.

PER CURIAM.

We treat this appeal as a petition for writ of certiorari seeking review of the trial court's order granting a motion to compel post-judgment discovery previously entered against Ohad E. Guzi in favor of the Office of the Attorney General. *See Vaygensberg v. Barash,* 156 So. 3d 556, 556 (Fla. 3d DCA 2015). We deny the petition on the merits without further comment.

*Denied.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***